# Exhibit A

# Honoring Healthcare Heroes
## Get $100 Off a Life-Saving MRI Scan!

SimonMed is proud to support those who dedicate their lives to patient care. As a token of our appreciation, we are offering a **$100 discount on our simonONE Whole-Body MRI scans for all healthcare professionals.**

## simonONE WHOLE-BODY MRI PREVENTATIVE SCANS

### Body – $650

### Body Plus – $1,250

---

### Prioritize your health while still caring for others. Schedule your scan today.

---

### Who is Eligible?

This offer is available to all individuals working in the healthcare industry, including doctors, nurses, medical assistants, support staff and more.

### Why Choose simonONE?

- ✔ Advanced 3T MRI technology and FDA-approved artificial intelligence
- ✔ Early detection of cancer and common diseases in one quick scan
- ✔ Trusted leaders in advanced imaging for over 30 years

---

Limited-Time Offer: May 1 - July 31, 2025
Use Promo Code: **HealthcareHero2025** to redeem your discount.

 **SCHEDULE TODAY!**
**Call us: 877-653-3558**



simonONE.com